**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**
**NOTICE**

**BEVERLY KOVARCIK**            **PLAINTIFF**

**v.**            **CAUSE NO.: 4:23-cv-106-SA-JMV**

**BAYOU ACADEMY**            **DEFENDANT**

TAKE NOTICE that a proceeding in this case has been **SET** for the date, time, and place set forth below:

| *Place* | *Room No.* |
|---|---|
| U.S. FEDERAL BUILDING<br>305 Main Street<br>Greenville, MS  38701 | **TELEPHONIC** |
| | *Date and Time*<br>**June 12, 2023**<br>**2:00 P.M.** |

*Type of Proceeding*

**INFORMAL TELEPHONIC STATUS CONFERENCE**
**BEFORE UNITED STATES MAGISTRATE JUDGE JANE M. VIRDEN**

***CALL-IN INFORMATION***
**CALL-IN TELEPHONE NUMBER:** 877-336-1839 - **ACCESS CODE:** 8702105
*Participants press the # as indicated.*

**DAVID CREWS, Clerk of Court**
By: /s/ *Itonia R. Williams*
Courtroom Deputy Clerk

DATE: June 12, 2023

IF YOU HAVE ANY QUESTIONS, CONTACT ITONIA R. WILLIAMS AT 662-335-9214.
OR VIA EMAIL AT itonia_williams@msnd.uscourts.gov.