# Mississippi Electronic Courts
## Eleventh Circuit Court District (Bolivar County Court - Cleveland)
## CIVIL DOCKET FOR CASE #: 06CO2:23-cv-00086

KOVARCIK v. BAYOU ACADEMY
Assigned to: Aelicia L. Thomas

**Upcoming Settings:**

None Found

Date Filed: 03/29/2023
Current Days Pending: 75
Total Case Age: 75
Jury Demand: None
Nature of Suit: Breach of Contract (45)

---

**Plaintiff**

**BEVERLY KOVARCIK**                    represented by **Kelvin Pulley**
                                        The Pulley Law Firm, LLC
                                        104 Cotton Street
                                        GREENWOOD, MS 38930
                                        662-453-6488
                                        Fax: 662-453-6489
                                        Email: pulleylawfirm@gmail.com
                                        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**BAYOU ACADEMY**                       represented by **BAYOU ACADEMY**
                                        PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 03/29/2023 | 1 | Civil Cover Sheet. (Gant, Shavaska) (Entered: 03/29/2023) |
| 03/29/2023 | 2 | COMPLAINT against BAYOU ACADEMY, filed by BEVERLY KOVARCIK. (Gant, Shavaska) (Main Document 2 replaced on 4/6/2023) (Gant, Shavaska). (Main Document 2 replaced on 6/7/2023) (Gant, Shavaska). (Entered: 03/29/2023) |
| 03/29/2023 | 3 | SUMMONS Issued to BAYOU ACADEMY. (Gant, Shavaska) (Entered: 03/29/2023) |
| 05/10/2023 | 4 | ACKNOWLEDGEMENT OF SERVICE Executed Acknowledgement filed by BEVERLY KOVARCIK. (Pulley, Kelvin) (Entered: 05/10/2023) |
| 06/07/2023 | 5 | NOTICE of Notice of Removal by BAYOU ACADEMY (Attachments: # 1 Exhibit A - Notice of Removal,) (Herring, Calvin) (Entered: 06/07/2023) |

| MEC Service Center |
|---|
| Transaction Receipt |
| 06/12/2023 09:53:56 |

**You will be charged $0.20 per page to view or print documents.**

| | | | |
|---|---|---|---|
| **MEC Login:** | ch10682M | **Client Code:** | 20826.23007 |
| **Description:** | Docket Report | **Search Criteria:** | 06CO2:23-cv-00086 |
| **Billable Pages:** | 1 | **Cost:** | 0.20 |

**COVER SHEET**
**Civil Case Filing Form**
*(To be completed by Attorney/Party*
*Prior to Filing of Pleading)*

Mississippi Supreme Court
Administrative Office of Courts

Form AOC/01
(Rev 2020)

**Court Identification Docket #**

| County # | Judicial District | Court ID (CH, CI, CO) | | | | |
|---|---|---|---|---|---|---|
| 0 6 | C 0 | | 2 0 2 3 | | 1 0 8 6 | |

Month: 03  Date: 29  Year: 2023

**This area to be completed by clerk**

Case Number if filed prior to 1/1/94

Local Docket ID: A L T

In the **COUNTY** ▼   Court of **BOLIVAR** ▼  County —   Judicial District

**Origin of Suit (Place an "X" in one box only)**

| [X] Initial Filing | [ ] Reinstated | [ ] Foreign Judgment Enrolled | [ ] Transfer from Other court | [ ] Other |
| [ ] Remanded | [ ] Reopened | [ ] Joining Suit/Action | [ ] Appeal | |

**Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form**

Individual: **Kovarcik** (Last Name)  **Beverly** (First Name)  Maiden Name, if applicable  M.I.  Jr/Sr/III/IV

___ Check ( x ) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of ___

___ Check ( x ) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency ___

Business **Bayou Academy**
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

___ Check ( x ) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A ___

**Address of Plaintiff** ___

**Attorney (Name & Address)** Kelvin Pulley. 104 Cotton Street, Greenwood. MS 38930   MS Bar No. **104106**

___ Check ( x ) if Individual Filing Initial Pleading is NOT an attorney
Signature of Individual Filing: ___

**Defendant - Name of Defendant - Enter Additional Defendants on Separate Form**

Individual: ___ (Last Name)  (First Name)  Maiden Name, if applicable  M.I.  Jr/Sr/III/IV

___ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of ___

___ Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency ___

Business ___
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

___ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A ___

**Attorney (Name & Address) - If Known** ___   MS Bar No. ___

___ Check ( x ) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit (Place an "X" in box only)**

| Domestic Relations | Business/Commercial | Children/Minors - Non-Domestic | Real Property |
|---|---|---|---|
| [ ] Child Custody/Visitation | [ ] Accounting (Business) | [ ] Adoption - Contested | [ ] Adverse Possession |
| [ ] Child Support | [ ] Business Dissolution | [ ] Adoption - Uncontested | [ ] Ejectment |
| [ ] Contempt | [ ] Debt Collection | [ ] Consent to Abortion | [ ] Eminent Domain |
| [ ] Divorce:Fault | [ ] Employment | [ ] Minor Removal of Minority | [ ] Eviction |
| [ ] Divorce: Irreconcilable Diff. | [ ] Foreign Judgment | [ ] Other | [ ] Judicial Foreclosure |
| [ ] Domestic Abuse | [ ] Garnishment | **Civil Rights** | [ ] Lien Assertion |
| [ ] Emancipation | [ ] Replevin | [ ] Elections | [ ] Partition |
| [ ] Modification | [ ] Other | [ ] Expungement | [ ] Tax Sale: Confirm/Cancel |
| [ ] Paternity | **Probate** | [ ] Habeas Corpus | [ ] Title Boundary or Easement |
| [ ] Property Division | [ ] Accounting (Probate) | [ ] Post Conviction Relief/Prisoner | [ ] Other |
| [ ] Separate Maintenance | [ ] Birth Certificate Correction | [ ] Other | **Torts** |
| [ ] Term. of Parental Rights-Chancery | [ ] Mental Health Commitment | **Contract** | [ ] Bad Faith |
| [ ] UIFSA (7/1/97; formerly URESA) | [ ] Conservatorship | [X] Breach of Contract | [ ] Fraud |
| [ ] Other | [ ] Guardianship | [ ] Installment Contract | [ ] Intentional Tort |
| **Appeals** | [ ] Joint Conservatorship & Guardianship | [ ] Insurance | [ ] Loss of Consortium |
| [ ] Administrative Agency | [ ] Heirship | [ ] Specific Performance | [ ] Malpractice - Legal |
| [ ] County Court | [ ] Intestate Estate | [ ] Other | [ ] Malpractice - Medical |
| [ ] Hardship Petition (Driver License) | [ ] Minor's Settlement | **Statutes/Rules** | [ ] Mass Tort |
| [ ] Justice Court | [ ] Muniment of Title | [ ] Bond Validation | [ ] Negligence - General |
| [ ] MS Dept Employment Security | [ ] Name Change | [ ] Civil Forfeiture | [ ] Negligence - Motor Vehicle |
| [ ] Municipal Court | [ ] Testate Estate | [ ] Declaratory Judgment | [ ] Premises Liability |
| [ ] Other | [ ] Will Contest | [ ] Injunction or Restraining Order | [ ] Product Liability |
| | [ ] Alcohol/Drug Commitment (Involuntary) | [ ] Other | [ ] Subrogation |
| | | | [ ] Wrongful Death |
| | | | [ ] Other |

[ ] Alcohol/Drug Commitment (Voluntary)
[ ] Other

**EXHIBIT**
A

IN THE COUNTY COURT OF BOLIVAR COUNTY, MISSISSIPPI
SECOND JUDICIAL DISTRICT

BEVERLY KOVARCIK                                                          PLAINTIFF

VS.                                                          CAUSE NO. *2023-086*

BAYOU ACADEMY                                                          DEFENDANT

## COMPLAINT

COMES NOW Plaintiff Beverly Kovacik, by and through counsel, and files this

Complaint against Defendant, Bayou Academy, and, in support hereof, states as follows:

### PARTIES

1. Plaintiff Beverly Kovarcik is an adult resident citizen of Bolivar County, Mississippi.

2. Defendant Bayou Academy is a private school in Bolivar County, Mississippi who

may be served with service of process by this Court by the registered agent for process at the

following address: 1291 Crosby Road, Cleveland, Mississippi 38732.

### RELEVANT FACTS

3. Mrs. Kovarcik was wrongfully terminated by Mr. Curt McCain on June 17, 2022.

Although Mrs. Kovarcik was never given a reason for her termination, Mr. Curt McCain

mentioned a video of an off-campus incident that occurred where Mrs. Kovarcik used a racial

slur.

4. My client, Beverly Kovarcik, is a beloved art teacher who spent several hundreds of

dollars of her hard earned money to provide a better education in the arts for the children of

Bayou Academy.   However, because she is not a wealthy contributor to the school's overall

finances, Mr. Curt McCain terminated her for no reason and threw her out the door like a bag of

trash.

6.   Immediately upon the termination of Mrs. Kovarcik, Mr. Curt McCain hired a 30 year old inexperienced art teacher. Mrs. Kovarcik has first-hand knowledge and has seen with her own eyes the blatant fraternization between Mr. Curt McCain and his young teachers.

7.   This sexist workplace environment is unbelievable. Mrs. Kovarcik says that it is common knowledge for all the men to call Mr. McCain "Curt" but all the women faculty must call him "MR."

8.   My client signed a renewal contract in April 2022. She has not violated the terms of the contract. She should not have been fired. She endured the narcissistic behavior of Mr. Curt McCain because she enjoyed teaching the students of Bayou Academy. Because of this abrupt termination, Mrs. Kovarcik was forced to hire an attorney accept a job paying considerably less than Bayou Academy.

9. If this was not enough embarrassment and humiliation, on July 25, 2022, my client was mailed a check in the amount of $0.00 to further mistreat her. (Attached is the check).   There were also donations to her summer art program that were never given to her.   The school kept the check.

COUNT I

BREACH OF CONTRACT

9.   The above and foregoing actions of Defendant Bayou Academy give rise to a cause of action for breach of contract as Bayou Academy breached the contract with Plaintiff by failing to pay her in accordance with the employment contract.

10.   All of the foregoing conduct constitutes a breach of contract which has resulted in damages to Plaintiff.

## COUNT II

## BREACH OF GOOD FAITH AND FAIR DEALING

11.   The above and foregoing actions of Defendant Bayou Academy give rise to a cause of action for breach of fiduciary duty, good faith and fair dealing as Bayou Academy has failed to operate in good faith.

12. Bayou Academy has intentionally breached the contract with Plaintiff and in so doing evidenced an intent never to have honored the contract.

## COUNT III

WHEREFORE, PREMISES CONSIDERED, Plaintiff Beverly Kovarcik demands judgment of, from and against Defendant Bayou Academy in the following particulars:

A.      For monetary damages arising from a breach of contract in an amount to be set at $250,000;

B.      For attorney fees of $3,500.00;

Dated, this the ___ day of March, 2023.

RESPECTFULLY SUBMITTED,

DocuSigned by:

*Beverly Kovarcik*

BEVERLY KOVARCIK

### IN THE COUNTY COURT OF BOLIVAR COUNTY, MISSISSIPPI

**BEVERLY KOVARCIK**                                              **PLAINTIFF**

**vs.**                                              CIVIL ACTION NO.: 2023-086

**BAYOU ACADEMY**


### SUMMONS

**STATE OF MISSISSIPPI**
**COUNTY OF BOLIVAR**

**TO:    CURT MCCAIN**
        **1291 Crosby Road**
        **Cleveland, MS 38732**

You are required to mail or hand-deliver a copy of a written response to the Complaint to Kelvin Pulley, 104 Cotton Street, Greenwood, MS 38930.  Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint. Your written responses to the discovery which is simultaneously being served with the Complaint must be must be mailed or delivered within 30 days from the date of delivery of this Summons and Complaint

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court this _29th_ day of March 2023

By: _____
COUNTY COURT CLERK

## PROOF OF SERVICE - SUMMONS

BAYOU ACADEMY (CURT MCCAIN)
(Name of Person or Entity Served)

  I, the undersigned process serve, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

  (☐)   **FIRST CLASS MAIL AND ACKNOWLEDGEMENT SERVICE.** By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgement and return envelope, postage prepaid, addressed to the sender (Attach completed acknowledgement of receipt pursuant to M.R.C.P. Form 1B).

  (☒)   **PERSONAL SERVICE.** I personally delivered copies of the summons and complaint on the 10th day of May, 2023, to:

Curt McCain, where I found said person(s) in Bolivar County of the State of Mississippi.

  (☐)   **RESIDENCE SERVICE.** After exercising reasonable diligence, I was unable to deliver copies of the summons and complaint to  Curt McCain within Bolivar County, Mississippi.  I served the summons and complaint on the 10th day of May, 2023, at the usual place of abode of said    by leaving a true copy of the summons and complaint with   , who is the    (husband, wife, son, daughter, etc), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the    day of   , 20  , I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

  (☐)   **CERTIFIED MAIL SERVICE.** By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach signed return receipt or other evidence of actual delivery to the person served).

  At the time of the service I was at least 18 years of age and not a party to this action.

Process server must list below:  (Please print or type)

Name: _Joseph Chillis_

Telephone No. _662 - 822 - 3322_

STATE OF MISSISSIPPI
COUNTY OF BOLIVAR

     Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named *Joseph Chillis* who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
Process Server (Signature)

     Sworn to and subscribed before me this the 10TH day of May, 2023.

Notary Public

My Commission Expires:

MY COMMISSION EXPIRES JANUARY 1, 2024