**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
CIVIL MINUTES**

**PLACE HELD – Telephonic**

**BEVERLY KOVARCIK**                                                             **PLAINTIFF**

**VS.**                                                        **CIVIL ACTION NO.: 4:23-cv-106-SA-JMV**

**BAYOU ACADEMY**                                                            **DEFENDANT**

**DATE & TIME BEGAN/ENDED:**        **June 12, 2023
2:00 p.m. – 2:15 p.m.**

**Total Time – 15 minutes**

---

**PRESENT:**            **Honorable Jane M. Virden, U.S. Magistrate Judge**

| **Attorney for Plaintiff** | **Law Clerk** | **Attorney for defendant** |
|---|---|---|
| Kelvin C. Pulley | Nicholas Hebebrand | Calvin P. Herring |

---

**PROCEEDINGS:**   **Telephonic Status Conference**

---

**Docket Entry:**  Telephonic status conference held.  Case status discussed. Parties intend to file amended motion to seal.

**DAVID CREWS, CLERK**

**By:**   _/s/ Itonia R. Williams_
                Courtroom Deputy