# Mississippi Electronic Courts
## Eleventh Circuit Court District (Bolivar County Court - Cleveland)
### CIVIL DOCKET FOR CASE #: 06CO2:23-cv-00086

| | |
|---|---|
| KOVARCIK v. BAYOU ACADEMY<br>Assigned to: Aelicia L. Thomas<br><br>**Upcoming Settings:**<br><br>None Found | Date Filed: 03/29/2023<br>Current Days Pending: 75<br>Total Case Age: 75<br>Jury Demand: None<br>Nature of Suit: Breach of Contract (45) |

**Plaintiff**

| | | |
|---|---|---|
| BEVERLY KOVARCIK | represented by | Kelvin Pulley<br>The Pulley Law Firm, LLC<br>104 Cotton Street<br>GREENWOOD, MS 38930<br>662-453-6488<br>Fax: 662-453-6489<br>Email: pulleylawfirm@gmail.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| BAYOU ACADEMY | represented by | BAYOU ACADEMY<br>PRO SE |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/29/2023 | 1 | Civil Cover Sheet. (Gant, Shavaska) (Entered: 03/29/2023) |
| 03/29/2023 | 2 | COMPLAINT against BAYOU ACADEMY, filed by BEVERLY KOVARCIK. (Gant, Shavaska) (Main Document 2 replaced on 4/6/2023) (Gant, Shavaska). (Main Document 2 replaced on 6/7/2023) (Gant, Shavaska). (Entered: 03/29/2023) |
| 03/29/2023 | 3 | SUMMONS Issued to BAYOU ACADEMY. (Gant, Shavaska) (Entered: 03/29/2023) |
| 05/10/2023 | 4 | ACKNOWLEDGEMENT OF SERVICE Executed Acknowledgement filed by BEVERLY KOVARCIK. (Pulley, Kelvin) (Entered: 05/10/2023) |
| 06/07/2023 | 5 | NOTICE of Notice of Removal by BAYOU ACADEMY (Attachments: # 1 Exhibit A - Notice of Removal,) (Herring, Calvin) (Entered: 06/07/2023) |

| **MEC Service Center** |
|---|
| **Transaction Receipt** |
| 06/12/2023 09:53:56 |

| **You will be charged $0.20 per page to view or print documents.** | | | |
|---|---|---|---|
| **MEC Login:** | ch10682M | **Client Code:** | 20826.23007 |
| **Description:** | Docket Report | **Search Criteria:** | 06CO2:23-cv-00086 |
| **Billable Pages:** | 1 | **Cost:** | 0.20 |