## IN THE COUNTY COURT OF BOLIVAR COUNTY, MISSISSIPPI

**BEVERLY KOVARCIK**                                                                                           **PLAINTIFF**

vs.                                                                                           CIVIL ACTION NO.: 2023-086

**BAYOU ACADEMY**

### SUMMONS

STATE OF MISSISSIPPI
COUNTY OF BOLIVAR

TO:   CURT MCCAIN
      1291 Crosby Road
      Cleveland, MS 38732

You are required to mail or hand-deliver a copy of a written response to the Complaint to Kelvin Pulley, 104 Cotton Street, Greenwood, MS 38930. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint. Your written responses to the discovery which is simultaneously being served with the Complaint must be must be mailed or delivered within 30 days from the date of delivery of this Summons and Complaint

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court this 29th day of March 2023

By: _____
COUNTY COURT CLERK

## PROOF OF SERVICE - SUMMONS

BAYOU ACADEMY (CURT MCCAIN)
(Name of Person or Entity Served)

    I, the undersigned process serve, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

    (☐) **FIRST CLASS MAIL AND ACKNOWLEDGEMENT SERVICE.** By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgement and return envelope, postage prepaid, addressed to the sender (Attach completed acknowledgement of receipt pursuant to M.R.C.P. Form 1B).

    (☒) **PERSONAL SERVICE.** I personally delivered copies of the summons and complaint on the 10th day of May, 2023, to:

Curt McCain, where I found said person(s) in Bolivar County of the State of Mississippi.

    (☐) **RESIDENCE SERVICE.** After exercising reasonable diligence, I was unable to deliver copies of the summons and complaint to Curt McCain within Bolivar County, Mississippi. I served the summons and complaint on the 10th day of May, 2023, at the usual place of abode of said _____ by leaving a true copy of the summons and complaint with _____, who is the _____ (husband, wife, son, daughter, etc), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of _____, 20___, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

    (☐) **CERTIFIED MAIL SERVICE.** By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach signed return receipt or other evidence of actual delivery to the person served).

    At the time of the service I was at least 18 years of age and not a party to this action.

Process server must list below: (Please print or type)

Name: Joseph Chillis

Telephone No. 662-822-3322

STATE OF MISSISSIPPI
COUNTY OF BOLIVAR

    Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named **Joseph Chillis** who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
Process Server (Signature)

Sworn to and subscribed before me this the 10TH day of May, 2023.

_____
Notary Public

My Commission Expires:

MY COMMISSION EXPIRES JANUARY 1, 2024